**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 23-6937**

─────────────

RICO GREER,

        Petitioner - Appellant,

    v.

UNITED STATES OF AMERICA,

        Respondent - Appellee.

─────────────

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:23-cv-00263-JPB-JPM)

─────────────

Submitted:  December 19, 2023          Decided:  December 27, 2023

─────────────

Before HARRIS, QUATTLEBAUM, and BENJAMIN, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Rico Greer, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rico Greer appeals the district court's order dismissing his 28 U.S.C. § 2241 petition without prejudice for failure to comply with the court's prior order directing him to submit court-approved forms and denying as moot his motion to suppress statements. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Greer's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*